## PETER GILLIGAN *vs.* THE BOARD OF ALDERMEN OF PROVIDENCE.

A tenant for life or years, or from year to year, is an "owner" within the provisions of Gen. Stat. R. I. cap. 60, § 38, which give compensation to abutting owners for damages caused by a change of grade in highways.

PETITION for a writ of mandamus.

The board of aldermen of the city of Providence refused the prayer of the petitioner for the appointment of "three suitable and indifferent men," as required by Gen. Stat. R. I. cap. 60, § 38, alleging that the petitioner, being a tenant by parol from year to year, was not entitled to compensation as an "abutting owner," for damages arising from a change of grade, made on Wickenden Street. On this refusal the petitioner, claiming damages for injury received by him as tenant, prayed that a writ of mandamus might issue to the board of aldermen compelling them to appoint "three suitable and indifferent men," &c., as provided by Gen. Stat. R. I. cap. 60.

*December* 27, 1875. DURFEE, C. J. We think the words "any abutting owner," as used in Gen. Stat. R. I. cap. 60, § 38, are comprehensive enough to include a tenant for life or years, or from year to year, of the abutting estate, as well as the owner of the fee. A lessee is an owner *pro tanto* of the estate which is leased to him. This construction, moreover, is in keeping with the meaning which obviously belongs to the word "owner," in Gen. Stat. R. I. cap. 59, § 4 (as see cap. 59, § 6), and with the rule of construction given in cap. 22, § 9. We grant the writ of mandamus.                        *Petition granted.*

*Charles H. Parkhurst*, for petitioner.

*Nicholas Van Slyck*, City Solicitor, for board of aldermen.